UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-CV-23813-RNS

STANKO MIRKOVICH,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.

    _____/

### DEFENDANT'S RESPONSE TO PLAINTIFF'S PETITION TO CONFIRM ARBITRAL AWARD AND MOTION FOR STAY PENDING RESOLUTION OF PARTIAL RECONSIDERATION TO THE TRIBUNAL

Defendant, Carnival Corporation, responds to Plaintiff's Petition to Confirm Arbitral Award [ECF No. 1], along with its own Motion for Stay Pending Resolution of Partial Reconsideration to the Tribunal, and states:

1.     Admitted.

2.     Admitted.

3.     Admitted for purposes of this litigation only.

4.     Admitted.

5.     Admitted.

6.     Denied.

7.     Admitted that arbitration proceeded under the NAM rules. Denied to the remainder.

8.     Admitted.

9.     Denied. Carnival does not refuse to pay the entire arbitration award. Carnival disputes a portion of damages awarded by the Tribunal under Panamanian law. Carnival believes that the Tribunal misapplied the law in that aspect of the damages award and alerted the Tribunal

of its dispute. Carnival intends to brief the Tribunal on the misapplication of law and believes that the Tribunal, if it elects to reconsider, will reduce the Final Award. Once that process is completed, Carnival intends to pay the award.

10. Denied as an incorrect or incomplete statement of the law.

11. Denied as an incorrect or incomplete statement of the law.

12. Denied as an incorrect or incomplete statement of the law.

13. Denied as an incorrect or incomplete statement of the law.

14. Denied. As stated in Paragraph 9, above, Carnival believes that there are grounds to refuse enforcement as to a portion of the Final Award.

15. Denied as an incorrect or incomplete statement of the law.

## Carnival's Motion for Stay Pending Resolution of Request for Partial Reconsideration to the Tribunal

Carnival intends to brief the Tribunal regarding its belief that the Tribunal misapplied Panamanian law as to portion of the damages in the Final Award. While that process is ongoing, Carnival respectfully requests that this Court stay the instant matter until resolution of the dispute amongst the parties and the Parties and the Tribunal.

WHEREFORE, Carnival respectfully requests that this Court stay the instant litigation pending final resolution of the appeal to the Tribunal, and any further relief that this Court deems just and proper.

        Respectfully submitted,

        MASE MEBANE SEITZ, P.A.
        *Attorneys for Defendant*
        2601 S. Bayshore Drive, Suite 800
        Miami, Florida 33133
        Telephone:  (305) 377-3770
        Facsimile: (305) 377-0080

By:    */s/ Scott P. Mebane*
        SCOTT P. MEBANE
        Florida Bar No.: 273030
        smebane@maselaw.com
        sbrownstein@maselaw.com